UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SALVATORE LOCHRICO | CIVIL ACTION NO. 07-3664 |
| VERSUS | SECTION "J"(1) |
| OFFSHORE SERVICE VESSELS, LLC | HON. CARL J. BARBIER<br>HON. MAG. JUDGE SALLY SHUSHAN |

## O R D E R

Considering the foregoing,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 27th day of November, 2007.

_____
United States District Judge

NO.99822713.1